UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiffs,

v.

CAROL L. ENGEN, *et al.*,

Defendants.

Case No. C18-0712 RSM

ORDER STAYING CASE

On June 6, 2018, Defendant Carol Engen informed the Court that she has filed for Chapter 13 bankruptcy proceedings. Dkt. #5. No other Defendants have appeared in this action. Thus, it appears that this matter is now subject to an automatic bankruptcy stay.

Accordingly, the Court hereby finds and ORDERS:

1. The Clerk shall enter a STAY in this matter pending the outcome of Defendant Engen's bankruptcy proceedings.

2. The parties shall promptly notify the Court when the bankruptcy proceedings have concluded and/or if the status of the automatic stay changes for other reasons.

3. The Clerk SHALL forward a copy of this Order to Plaintiff, Defendant and her bankruptcy counsel:

   Richard J. Wotipka
   Broadway Law Group
   707 E. Harrison
   Seattle, WA 98102

ORDER
PAGE - 1

and to the Bankruptcy Trustee:

K. Michael Fitzgerald
600 University St., Suite 1300
Seattle, WA  98101


DATED this 6th day of June 2018.



RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER
PAGE - 2