UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROL L. ENGEN, et al.,<br><br>　　　　　　Defendants. | CASE NO. C18-712 RSM<br><br>ORDER LIFTING BANKRUPTCY STAY |

On June 6, 2018, Defendant Carol Engen ("Engen") informed the Court that she had filed for Chapter 13 bankruptcy. Dkt. #5. Accordingly, the Court entered an order that same day, staying the case. Dkt. #6. On February 13, 2020, Plaintiff notified the Court that Engen's bankruptcy case had been dismissed on January 16, 2020, and that a subsequent request to stay the matter pending appeal was denied. Dkt. #12; Dkt. #12-2. The order denying the stay pending appeal was denied, at least in part, because the Bankruptcy court concluded that Engen "has little hope of success in her appeal." Dkt. #12-2 at 4. Plaintiff accordingly requests that the automatic bankruptcy stay be lifted at this time. Dkt. #12.

Plaintiff further indicates that service was accomplished on all defendants by and before May 24, 2018, and that part of the period for the defendants to respond to the Complaint had already run when the stay was entered. Dkt. #12 at 2. The longest period of time any defendant

ORDER – 1

had to respond at the time of the stay was eight days. *Id.* Plaintiff therefore request that the Court require defendants to file answers, if any, within ten days of this Order. *Id.*

Accordingly, the Court hereby finds and ORDERS:

1. The Clerk shall LIFT the STAY in this matter.
2. Defendants SHALL properly respond to Plaintiff's Complaint no later than ten days from the date this Order is entered.
3. The Clerk will issue an Order Regarding Initial Disclosures and Joint Status Report in due time.
4. The Clerk SHALL mail a copy of this Order to the Bankruptcy Trustee:

    Jason Wilson-Aguilar
    600 University Street, Suite 1300
    Seattle, WA 98101.

5. The Clerk SHALL mail a copy of this Order to Defendant Carol Egan at her last known mailing address.

Dated this 14th day of February 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2