The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cv-00712-RSM |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO DISMISS QUALSTAR CREDIT UNION** |
| CAROL L. ENGEN, KING COUNTY, and QUALSTAR CREDIT UNION, | |
| Defendants. | |

The United States of America ("United States") and Qualstar Credit Union have jointly moved to dismiss Qualstar Credit Union pursuant to Fed. R. Civ. P. 41(a)(2). Based on the Joint Motion to Dismiss Qualstar Credit Union ("Motion"), and for good cause shown, the Court hereby GRANTS the Motion and IT IS HEREBY ORDERED that:

1. Qualstar Credit Union has no interest in the real property located in King County, Washington that is commonly described as 16423 NE 15th Street, Bellevue, WA 98008 ("Subject Property"). The Subject Property bears King County Assessor's Parcel No. 329830-0450. The legal description of the Subject Property is as follows:

> LOT 26, BLOCK 2, HIGHLAND HILLS NO. 2, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 62 OF PLATS, PAGE 74, RECORDS OF KING COUNTY, WASHINGTON.

*See* Dkt. # 1 at ¶ 8.

Order Granting Joint Mot. to Dismiss Qualstar Credit Union
(Case No. 2:18-cv-00712-RSM)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

2. Qualstar Credit Union is DISMISSED from this action with prejudice, with each party to bear its own respective costs and attorneys' fees.

Dated this 24 day of March 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order Granting Joint Mot. to Dismiss Qualstar Credit Union
(Case No. 2:18-cv-00712-RSM)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366