IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:18-cv-00712-RSM |
| v. | ) **ORDER GRANTING UNITED STATES' MOTION FOR CONTINUANCE OF THE INITIAL SCHEDULING DEADLINES** |
| CAROL L. ENGEN, KING COUNTY, and QUALSTAR CREDIT UNION, | ) |
| Defendants. | ) |

Before the Court is the United States' Motion for Continuance of the Initial Scheduling Deadlines set forth in the Court's March 17, 2020, minute order (Dkt. No. 31). Upon consideration of the Motion and the record herein, and for good cause shown, IT IS HEREBY ORDERED:

1. The United States' Motion for Continuance of the Initial Scheduling Deadlines is GRANTED;

2. The Initial Scheduling Deadlines are rescheduled as follows:

    Deadline for FRCP 26(f) Conference:                05/25/2020

    Initial Disclosures Pursuant to FRCP 26(a)(1):     06/01/2020
    Combined Joint Status Report and Discovery

(Case No. 2:18-cv-00712-RSM)            1

| | |
|---|---|
| Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 06/08/2020 |

**IT IS SO ORDERED**

Dated on this 1st day of May, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Respectfully presented by,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Rika Valdman*
YEN JEANNETTE TRAN
RIKA VALDMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
Telephone:    202-616-3366 (Tran)
              202-514-6056 (Valdman)
Fax: 202-307-0054
Email: Y.Jeannette.Tran@usdoj.gov
       Rika.Valdman@usdoj.gov

*Attorneys for the United States of America*