To the Honorable Ricardo S. Martinez, Chancellor

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    vs.<br><br>CAROL L. ENGEN,<br>KING COUNTY,<br>    Defendants.<br><br>CAROL L. ENGEN,<br>    Counterclaim Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br>KING COUNTY,<br>    Counterclaim Defendants. | Case No. 2:18-cv-00712-RSM<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER** |

Before the court is CAROL L ENGEN's Motion for Leave to Amend Answer Dkt. #44. Upon consideration of the Motion, there being no written opposition from the opposing parties, and for good cause shown, IT IS HEREBY ORDERED:

CAROL L ENGEN's Motion for Leave to Amend Answer Dkt. #44 with "DEFENDANT'S THIRD AMENDED ANSWER AND COUNTERCLAIMS" Dkt. #49 is GRANTED;

Def's Order to Amend Answer – 2-18-cv-00712-RSM                              CAROL L ENGEN
                                                                              c/o 16423 NE 15th St
                                                                              Bellevue, Wash. (98008)

**IT IS SO ORDERED**

DATED this 2nd day of July, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully presented by:
Defendant CAROL L ENGEN
By: s/*Carol Lynn Engen* for alleged defendant CAROL L. ENGEN
Restricted special private

Def's Order to Amend Answer – 2-18-cv-00712-RSM                    CAROL L ENGEN
                                                                                                                c/o 16423 NE 15th St
                                                                                                                Bellevue, Wash. (98008)